## No. 18,005 and No. 18,006.

CONTINENTAL CASUALTY COMPANY, ET AL. *v.* INDUSTRIAL COMMISSION, ET AL.

(304 P. [2d] 628)

Decided December 10, 1956.    Rehearing denied December 24, 1956.

Messrs. WOOD AND RIS, for plaintiffs in error.

Mr. PAUL C. BROWN, for defendant in error Charles E. Tucker.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK E. HICKEY, Deputy, Mr. PETER L. DYE, Assistant, for Industrial Commission of Colorado.

Mr. HAROLD CLARK THOMPSON, Mr. LOUIS SCHIFF, Mr. ALIOUS ROCKETT, for State Compensation Insurance Fund.

*En Banc.*

PER CURIAM. Judgment affirmed without written opinion.